# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 19, 2022

Lyle W. Cayce
Clerk

No. 21-40594
Summary Calendar

─────────

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

HUGO MIGUEL LOPEZ-ERAZO,

*Defendant—Appellant*.

──────────────────────

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:21-CR-629-1

──────────────────────

Before SMITH, DENNIS, and SOUTHWICK, *Circuit Judges*.

PER CURIAM:*

The Federal Public Defender appointed to represent Hugo Miguel Lopez-Erazo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lopez-Erazo has not filed a response.

───────────

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-40594

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.